## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADAM L. FEIRE,<br><br>Defendant. | Civil Action No. 2:24-cv-10097 (ES) (JSA)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned attorneys, that all claims, counterclaims, cross-claims, and third-party claims are hereby dismissed with prejudice and on the merits pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any parties.

| | |
|---|---|
| FORDHARRISON LLP | JONES DAY |
| By: */s/ Mark A. Solomon*<br>Mark A. Saloman, Esq.<br>300 Connell Drive, Suite 4100<br>Berkeley Heights, New Jersey 07922<br>Telephone: 973-646-7311<br>msaloman@fordharrison.com | By: /s/*Jennifer L. Del Medico*<br>Jennifer L. Del Medico, Esq.<br>250 Vesey Street, 34th Floor<br>New York, New York 10281<br>Telephone: 212.326.3658<br>jdelmedico@jonesday.com |
| Date: December 17, 2024<br>*Attorneys for Plaintiff Novartis Services, Inc.* | Date: December 17, 2024<br>*Attorneys for Defendant Adam L. Feire* |

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 12/18/2024